**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mikole Rivera <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-11527 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY as servicer for U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and index same on the master mailing list.

                                                Respectfully submitted,

                                          **/s/Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734