IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------------------------------x
In re:                                          :        In Chapter 13
                                                :
        MIKOLE RIVERA                           :        Bankruptcy No. 18-11527
                                                :
                                                :
                              Debtor.           :
                                                :
                                                :
--------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION


TO THE CLERK OF THE BANKRUPTCY COURT:


Kindly withdraw Philadelphia Gas Works' Objection to the Debtors' Chapter 13

Plan dated March 6, 2018 which was filed on March 15, 2018.



Respectfully submitted,

PHILADELPHIA GAS WORKS

Dated: May 22, 2018

By: */s/ Pearl Pham*
PEARL PHAM
PA Attorney I.D. 90644
Attorney for Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122
215-684-6227 (phone)
Email: pearl.pham@pgworks.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| MIKOLE RIVERA | : | |
| Debtor | : | BANKRUPTCY NO. 18-11527-MDC |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw its Objection to Debtor's Chapter 13 Plan dated March 6, 2018 on the following date by the means designated below on the date set forth below, upon all parties including the following:

VIA ECF

Michael A. Cibik, Esq.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102
215-735-1060

William C. Miller, Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
215-627-1377

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(215) 597-4411

Dated:May 22, 2018          /s/  Pearl Pham
                            Pearl Pham
                            Senior Attorney
                            Philadelphia Gas Works
                            800 West Montgomery Avenue
                            Philadelphia, PA  19122
                            (215) 684-6227
                            pearl.pham@pgworks.com