IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-11527-mdc |
| MIKOLE RIVERA, | Chapter 13 |
| Debtor, | Related to Doc. No. 8 |
| REGIONAL ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| MIKOLE RIVERA, and, WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN DATED MARCH 6, 2018

TO THE CLERK OF COURTS:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan dated March 6, 2018 filed on behalf of Regional Acceptance Corporation on March 14, 2018 at Document No. 8.

Dated: September 5, 2018

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Regional Acceptance Corporation*