**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MIKOLE RIVERA,<br><br>　　　　　　Debtor(s). | Case No. 18-11527MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___6th___ day of ___November___, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,745.00** is allowed and the balance due to counsel in the amount of **$3,745.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MIKOLE RIVERA
Debtor(s)
6142 Hasbrook Avenue
Philadelphia, PA  19111