United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mikole Rivera  
    Debtor

Case No. 18-11527-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db          +Mikole Rivera,    6142 Hasbrook Avenue,    Philadelphia, PA 19111-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:  
       KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,  
        DMcKay@bernsteinlaw.com  
       LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL. lhaller@pkh.com,  
        dmaurer@pkh.com;mgutshall@pkh.com  
       MICHAEL A. CATALDO2    on behalf of Debtor Mikole Rivera ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Mikole Rivera ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       PEARL PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL.  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MIKOLE RIVERA, <br>       Debtor(s). | Case No. 18-11527MDC13 <br><br> Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

  **AND NOW**, this ___6th___ day of _____November_____, 201_8___, upon consideration of the Application for Compensation, it is

  **ORDERED** that compensation of **$4,745.00** is allowed and the balance due to counsel in the amount of **$3,745.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

              BY THE COURT

              _____
              HON. MAGDELINE D. COLEMAN
              UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MIKOLE RIVERA
Debtor(s)
6142 Hasbrook Avenue
Philadelphia, PA  19111