**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           :        CHAPTER 13
Mikole Rivera

DEBTOR                    :        BKY. NO.  18-11527MDC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:  April 10, 2019                    _____s/_____
　　　　　　　　　　　　　　　　　　　MICHAEL A. CATALDO, ESQUIRE
　　　　　　　　　　　　　　　　　　　CIBIK & CATALDO, P.C.
　　　　　　　　　　　　　　　　　　　1500 WALNUT  STREET, STE. 900
　　　　　　　　　　　　　　　　　　　PHILADELPHIA, PA  19102
　　　　　　　　　　　　　　　　　　　(215) 735-1060