# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
MIKOLE RIVERA

    (DEBTOR)                            :        Bankruptcy No. 18-11527MDC13

## O R D E R

AND NOW, this 2nd day of May, 2019 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $500 are Approved to Cibik & Cataldo, P.C. in relation to services rendered in resolving a motion for relief and for modifying the plan pursuant to the stipulation resolving the motion.

Upon approval of the motion to modify, the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge