United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mikole Rivera  
    Debtor

Case No. 18-11527-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: May 02, 2019  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.  
db         +Mikole Rivera,    6142 Hasbrook Avenue,    Philadelphia, PA 19111-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 03 2019 02:29:53     U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:  
         KERI P EBECK     on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com  
         LEON P. HALLER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL. lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
         MICHAEL A. CATALDO2     on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2     on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
         PEARL  PHAM     on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL.    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                        TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter13 |
| MIKOLE RIVERA | | |
| (DEBTOR) | : | Bankruptcy No. 18-11527MDC13 |

**O R D E R**

AND NOW, this 2nd day of May, 2019 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $500 are Approved to Cibik & Cataldo, P.C. in relation to services rendered in resolving a motion for relief and for modifying the plan pursuant to the stipulation resolving the motion.

Upon approval of the motion to modify, the trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge