# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13

Mikole Rivera
    DEBTOR                             :        BKY. NO. 18-11527MDC13

## ORDER

AND NOW, this 30th day of May 2019, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *First Modified Plan* filed March 18, 2019 as document number 47 is approved.

By the Court:

*Magdeline D. C*———
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE