United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-11527-mdc
Mikole Rivera                                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR              Page 1 of 2                Date Rcvd: Oct 24, 2019
                              Form ID: pdf900          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db             +Mikole Rivera,    6142 Hasbrook Avenue,    Philadelphia, PA 19111-5921
cr             +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
14068926       +Bay Area Credit,    PO Box 480002,    Atlanta, GA 31146-4802
14068935       +Dsnb Bloomingdales,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14257637        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14068936       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14068938       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14068941       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14091296       +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14068943        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14068946       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14073657       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA PA 19122-2898,
                 ATTN: BANKRUPTCY DEPT, 3FL
14068948       +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 7425033101 Market Street,
                 Cincinnati, OH 45274-0001
14068950       +Sthrn Mgmt,    Po Box 149966,    Orlando, FL 32814-8966
14068951       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14107847       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14073191       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2019 03:30:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2019 03:30:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2019 03:39:16     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104863        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2019 03:39:05
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14068930        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:42     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14068932        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:42     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14087845       +E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:42
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14068927       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:38:59     Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14068928       +E-mail/Text: ecf@ccpclaw.com Oct 25 2019 03:30:04     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14068931       +E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:05     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
14068933       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 25 2019 03:31:08
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14068934       +E-mail/Text: electronicbkydocs@nelnet.net Oct 25 2019 03:30:33     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
14068937       +E-mail/Text: bknotice@ercbpo.com Oct 25 2019 03:30:33     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14068939        E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 03:30:09     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
14102602       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2019 03:30:31     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14068942       +E-mail/PDF: pa_dc_claims@navient.com Oct 25 2019 03:38:46     Navient,    Attn: Bankruptcy,
                 PO Box 9500,    Wilkes-Barre, PA 18773-9500
14083858       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2019 03:30:11     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14069865       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:39:01
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14068944       +E-mail/Text: blegal@phfa.org Oct 25 2019 03:30:32     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
14068945        E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2019 03:30:11     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
```

```
District/off: 0313-2            User: SaraR               Page 2 of 2                   Date Rcvd: Oct 24, 2019
                                Form ID: pdf900           Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14068947       +E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:05      Philadelphia Parking Authority,
                 Bankruptcy Department,    3101 Market Street,   Philadelphia, PA 19104-2806
14068949       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 25 2019 03:38:46      Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,   Greenville, NC 27858-4105
14073549        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 25 2019 03:38:46      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14084459       +E-mail/Text: electronicbkydocs@nelnet.net Oct 25 2019 03:30:33
                 U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
14068953       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 03:30:02
                 Verizon,    Attn: Wireless Bankrupty Admin,   500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14068952       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 03:30:02
                 Verizon,    Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
14068929*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
14068940*       I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL. lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mikole  Rivera ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PEARL  PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>MIKOLE RIVERA | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 18-11527-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 24, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
MIKOLE RIVERA

6142 HASBROOK AVENUE

PHILADELPHIA, PA 19111